**Opinion issued December 17, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00431-CV

———————————

**QUINCY DEVON DORSETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-80209**

---

## MEMORANDUM OPINION

On May 15, 2024, appellant, Quincy Devon Dorsett, proceeding pro se, filed a notice of appeal from the trial court's April 18, 2024 final judgment. On November 22, 2024, the parties filed a "Joint Motion to Set Aside Trial Court's Judgment and Remand Case to Trial Court to Render Judgment According to Parties' Agreement."

In the motion, the parties stated that they had "reached an agreement to compromise and settle their differences" in the underlying litigation. The parties requested that the Court "grant th[e] joint motion," "dismiss the entire appeal, set aside the trial court's judgment" without regard to the merits, and "remand this case to the trial court for rendition of judgment in accordance with the parties' agreement." *See* TEX. R. APP. P. 42.1(a)(2)(B) (allowing appellate court to dismiss appeal upon agreement of parties to "set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the [parties'] agreement").

The motion is signed by counsel for appellee, the State of Texas, and appellant. No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(2), (c).

Accordingly, we grant the parties' motion, dismiss the appeal, and set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(e). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Guerra.

2